# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| JAMES D. BIRD II, | ) | |
|---|---|---|
| | ) | Case No. 3:17-cv-206 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Debra C. Poplin |
| JAMES WOODALL ET AL., | ) | |
| | ) | |
| *Defendants*. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously herewith, Defendant Steve Cantrell's motion for summary judgment is **GRANTED** and this action is hereby **DISMISSED**. The Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ John Medearis
  CLERK OF COURT